# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAREN MARCEY Derivatively on Behalf of MYRIAD GENETICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARK C. CAPONE, BRYAN M. DECHAIRO, R. BRYAN RIGGSBEE, HEINER DREISMANN, PH.D., WALTER GILBERT, PH.D., JOHN T. HENDERSON, M.D., DENNIS LANGER, M.D., LEE N. NEWCOMER, M.D., S. LOUISE PHANSTIEL, COLLEEN F. REITAN, and LAWRENCE C. BEST <br><br> Individual Defendants, <br><br> -and- <br><br> MYRIAD GENETICS, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 1:21-cv-01320-MN |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Karen Marcey, Derivatively on Behalf of Myriad Genetics, Inc. (the "Plaintiff"), by and through her undersigned counsel hereby dismisses this action in its entirety with prejudice.

1

Dated: December 3, 2024                    Respectfully submitted,

**BIELLI & KLAUDER, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst (No. 4788)
1204 N. King Street
Wilmington, DE 19801
(302) 803-4600
rernst@bk-legal.com

-AND-

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
33 Whitehall Street, 17th Floor
New York, NY 10004
T. 212.363.7500
F. 212.363.7171
gnespole@zlk.com

*Attorneys for Plaintiff Karen Marcey*